LAW OFFICES
# BALLARD SPAHR ANDREWS & INGERSOLL, LLP

A PENNSYLVANIA LIMITED LIABILITY PARTNERSHIP

PLAZA 1000 - SUITE 500
MAIN STREET
VOORHEES, NEW JERSEY 08043-4636
856-761-3400
FAX: 856-761-1020
WWW.BALLARDSPAHR.COM

PHILADELPHIA, PA
BALTIMORE, MD
DENVER, CO
SALT LAKE CITY, UT
WASHINGTON, DC
WILMINGTON, DE

PARTNER RESPONSIBLE FOR
VOORHEES, NJ PRACTICE
BENJAMIN A. LEVIN

EUGENE J. KUZINSKI
DIRECT DIAL: 856-761-3477
PERSONAL FAX: 856-873-9043
KUZINSKIE@BALLARDSPAHR.COM

August 31, 2005

**Via E-mail and U.S. Mail**

Honorable John J. Hughes, U.S.M.J.
United States District Court, D.N.J.
Clarkson S. Fisher Fed. Bldg. & U.S. Cthse.,
Room 6000
402 E. State Street
Trenton, NJ 08608

      Re:   Richard Rosario and Angela Law v. PNC Bank
             Civil Action No. 05-3764

Dear Magistrate Judge Hughes:

      This firm represents defendant PNC Bank, N.A. in the above-referenced litigation. Yesterday, I received electronic notice from the Court that our firm's Application for an Extension of Time to Answer, Move or Otherwise Reply under Local Civil Rule 6.1(b) was granted.

      At the time the application was filed, we were under the impression that our client had been properly served with a Summons and Complaint. We were subsequently informed by the Clerk's office that a Summons was never properly issued, and that therefore no deadline to answer existed which could be extended. Upon receipt from our client of the actual Summons, we determined that it had been issued in blank and not from the Clerk's office.

      I thereafter contacted counsel for plaintiffs to explain the problems with service, and the parties have now agreed to proceed with a waiver of service pursuant to Federal Rule of Civil Procedure 4(d).

      Accordingly, I would respectfully request that the Court withdraw its grant of PNC Bank's request for an extension, and allow the parties to proceed under the now agreed-upon framework.

Honorable John J. Hughes, U.S.M.J.
August 31, 2005
Page 2

       I apologize to the Court for any confusion that this has caused, and I thank you in advance for your courtesies.

       Respectfully yours,

       Eugene J. Kuzinski

EJK/mt
cc:    Arthur Penn, Esquire (Counsel for Plaintiffs)