Law Offices
PELLETTIERI, RABSTEIN AND ALTMAN
Tarnsfield Plaza, Suite 6
790 Woodlane Road
Mt. Holly, New Jersey 08060
(609) 267-3390
Attorneys for Plaintiffs

RECEIVED
FEB 2 2006
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| RICHARD ROSARIO and ANGELA LAW, individually and on behalf of all others similarly situated, | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY<br><br>Trenton Vicinage |
| v. | Civil Action No.: 05-3764 |
| PNC BANK, a foreign corporation,<br><br>Defendant, | ORDER ADMINISTRATIVELY DISMISSING THE COMPLAINT AND ENTERING A TOLLING PERIOD |

The parties having appeared before the Honorable John J. Hughes, on January 25, 2006 for a status conference, the plaintiffs represented by Arthur Penn, Esquire, Pellettieri, Rabstein and Altman and defendant represented by Eugene Kuzinski, Esquire, Ballard, Spahr, Andrews & Ingersoll, LLP, and the Court having considered the current status of the matter and the parties having consented thereto, and for good cause shown;

IT IS on this _1st_ day of February, 2006,

ORDERED that:

1. This case shall be administratively dismissed without prejudice;

2. On a date to be set by the court following January 1, 2007, a telephone status conference will be scheduled;

3. The statute of limitations for the causes of action asserted by the plaintiffs in their complaint shall be tolled from the date of the entry of this order until January 1, 2007;

4. The defendant does not waive and retains all of its defenses to the complaint of the plaintiffs;

5. The entry of this Order and the administrative dismissal of this case shall not obligate either plaintiffs or defendant to agree to continue the period of tolling beyond January 1, 2007.

JOHN J. HUGHES U.S.M.J.